EMELIA LISANTI, as Administratrix of the Estate of FRANK LISANTI, Deceased, Respondent, *v.* WILLIAM F. KENNY Co., INC., Appellant.

(Argued April 17, 1929; decided May 3, 1929.)

*T. Carlyle Jones, Theodore H. Lord* and *James B. Henney* for appellant.

*George W. Smyth, Austin G. Cocuzza, Samuel L. Sargent* and *Victor L. Anfuso* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.